McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA COOK, | ) Case No. 2:06-CV-0304-MCE-PAN |
| | ) (JFM) |
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED ORDER |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new Administrative Law Judge (ALJ) hearing and decision. On remand, the ALJ will:

///

///

Stip & Proposed Order Re Remand (Sentence 4) - 06-CV-00304-MCE-PAN (JFM)    Page 1

1. further consider the limitations assessed by Dr. Behniwal and provide rationale for the weight accorded to the opinion;
2. reevaluate the State agency opinion and provide appropriate rationale for the weight accorded to it; and
3. if necessary, consult a vocational expert.

In addition, since Plaintiff filed a subsequent application on September 27, 2005, the ALJ will associate the claims and issue a decision based on the associated claims.

It is further stipulated that the administrative decision giving rise to this action is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

By:
/s/ Bruce J. Hagel
    *(As authorized on* SEPTEMBER 27, 2006)
BRUCE J. HAGEL
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:   /s/ Bobbie J. Montoya for
         (*As signed on* SEPTEMBER 26, 2006)
      KATHERINE R. LOO
      Special Assistant U.S. Attorney

      Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE